IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Magdy Kamal Salem, | No. CV-20-02140-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Marriott International Incorporated, et al., | |
| Defendants. | |

The Court issued an order on November 20, 2020, stating: "If Plaintiff does not either obtain a waiver of service of the summons or complete service of the summons and complaint on Defendant within 90 days of the filing of the complaint, the action may be dismissed. Fed. R. Civ. P. 4(m)." (Doc. 6 at 3.) To date, no Defendant has been served, and Plaintiff has not requested an extension of time to complete service.

Accordingly,

**IT IS ORDERED** dismissing the above-captioned action as to all Defendants without prejudice. The Clerk of Court is directed to terminate the action.

Dated this 16th day of April, 2021.

Dominic W. Lanza
United States District Judge